Robert BOUSER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 60752.

Missouri Court of Appeals, Western District.

Sept. 24, 2002.

John M. Schilmoeller, Appellate Public Defender, Kansas City for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, John Munson Morris and Breck K. Burgess, Assistant Attorney General, Jefferson City, for Respondent.

Before ROBERT G. ULRICH, Presiding Judge, PAUL M. SPINDEN, Judge, and EDWIN H. SMITH, Judge.

## ORDER

Robert Bouser appeals the circuit court's judgment denying his motion for postconviction relief under Rule 29.15

without an evidentiary hearing. We affirm. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

David PERKINS, Appellant.

No. WD 60857.

Missouri Court of Appeals, Western District.

Sept. 24, 2002.

Nancy A. McKerrow, Office of State Public Defender, Columbia, MO, for appellant[s].

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Asst. Atty. Gen., Jefferson City, MO, for respondent[s].

Before JOSEPH M. ELLIS, Presiding Judge, VICTOR C. HOWARD, Judge and LISA WHITE HARDWICK, Judge.

## ORDER

PER CURIAM.

David Perkins appeals from his convictions of kidnapping, § 565.110, and armed criminal action, § 571.015. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).